**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Horizon Lines LLC, | ) CV 08-6362 RSWL (JTLx) |
| Plaintiff, | ) |
| | ) **ORDER TO SHOW CAUSE** |
| v. | ) |
| | ) |
| West Point Relocation, Inc., and Eli Cohen, | ) |
| | ) |
| Defendants. | ) |

    On May 27, 2010, the Court issued an Order instructing Defendant, West Point Relocation, Inc., to file a status report with the Court by August 2, 2010 advising the Court if its present corporate status and new counsel. The Court has received no status report from Defendant.

    Defendant West Point Relocation, Inc. must provide this Court with notice of its corporate status and its new counsel. Defendant is reminded that a corporation may not appear in any action or proceeding *pro se*. Cent. Dist. L. R. 83-2.9.2.3.

1 | Defendant West Point Relocation, Inc. shall file a
2 | response to this Order to Show Cause no later than August
3 | 27, 2010.
4 |
5 | DATED: August 5,2010
6 |
7 | **IT IS SO ORDERED.**

RONALD S.W. LEW
_____
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge