UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Horizon Lines LLC, | ) CV 08-6362 RSWL (JTLx) |
| Plaintiff, | ) |
| | ) **ORDER TO SHOW CAUSE** |
| v. | ) |
| | ) |
| West Point Relocation, Inc., and Eli Cohen, | ) |
| | ) |
| Defendants. | ) |

    On July 20, 2009, this Court stayed this action with regard to Defendant Eli Cohen only, granting Defendant Cohen's motion to refer to the Surface Transportation Board ("STB") the issue of the reasonableness of Plaintiff Horizon's tariff provisions [30].

    On October 28, 2010, the STB issued a decision finding the collection provision of Horizon's tariff as unreasonable under 49 U.S.C. § 13701 as sought to be applied to Defendant Cohen. See West Point Relocation, Inc. and Eli Cohen - Petition for Declaratory Order,

1

Case No. FD 35290 (S.T.B. Oct. 28, 2010), http://www.stb.dot.gov/decisions/readingroom.nsf/UNID/59B58917AEC0AE26852577CA006AE36E/$file/40771.pdf. According to its decision, the Board found that a challenged water carrier tariff provision cannot hold an individual responsible for a corporation's debts when there was no other indication that the individual had expressly agreed to assume that obligation. <u>Id.</u>

    Accordingly, Plaintiff Horizon is therefore **ORDERED TO SHOW CAUSE** within ten days of the issuance of this Order as to why this matter should not be dismissed with regard to Defendant Eli Cohen only, as a result of the STB's October 28, 2010 decision.

DATED: November 5, 2010

**IT IS SO ORDERED.**

/ s /

_____

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

2