O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Horizon Lines LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>West Point Relocation,<br>Inc., and Eli Cohen,<br><br>        Defendants. | CV 08-6362 RSWL (JTLx)<br><br>**ORDER** |

    On November 05, 2010, this Court ordered Plaintiff Horizon Lines LLC to show cause why this matter should not be dismissed with regard to Defendant Eli Cohen only, as a result of the STB's October 28, 2010 decision [47]. On November 11, 2010, Plaintiff Horizon filed its Response to the Court's Order to Show Cause indicating that it does not object to the dismissal of Defendant Eli Cohen without prejudice [48].

///

///

///

1

Accordingly, the Court hereby VACATES the Order to Show Cause and dismisses Defendant Eli Cohen without prejudice.

DATED: December 03, 2010

**IT IS SO ORDERED.**

RONALD S.W. LEW
_____
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge