O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Horizon Lines LLC, | CV 08-6362 RSWL (JTLx) |
| Plaintiff, | **ORDER** |
| v. | |
| West Point Relocation, Inc., | |
| Defendant. | |

On August 30, 2010, this Court ordered Plaintiff Horizon Lines LLC to provide the Court with a status report every forty-five days regarding the Surface Transportation Board ("STB") action with Defendant Eli Cohen and the bankruptcy filing of corporate Defendant, West Point Relocation, Inc. [44]. The last status report submitted to the Court was on March 16, 2011 [53].

On December 3, 2010, subsequent to the Surface Transportation Board ruling, the Court issued an Order dismissing Eli Cohen, individually, without prejudice.

1

However, the current status of the West Point Bankruptcy filing is presently unknown to the Court. Accordingly, Plaintiff's counsel is hereby ordered to file the status report with this Court within five days of the issuance of this Order, advising the Court of the status of the bankruptcy filing by corporate Defendant West Point Relocation, Inc.

DATED: June 15, 2011

**IT IS SO ORDERED.**

RONALD S.W. LEW

---

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge